OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



September 1, 2023

Peter D. Raymond
Stella L. Sainty
Wachtel Missry
885 Second Avenue
47th Floor
New York, NY 10017

RE: Industria de Alimentos Zenu S.A.S. v. Latinfood U.S. Corporation, et al
Case Number: 23-2357
District Court Case Number: 2-16-cv-06576

Dear Counsel:

Pursuant to our docketing letter dated **August 7, 2023**, you were requested electronically file or complete the following in the above-entitled case:

**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: *s/ Aina Renwrick*
Legal Assistant
267-299-4957

cc: Mark J. Ingber, Esq.